**Order entered January 13, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01445-CV

## MONTGOMERY J. BENNETT, Appellant

## V.

## MATTHEW ZUCKER, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-17721**

## ORDER

The notice of appeal recites the final judgment, the order affirming Associate Judge Danielle Diaz's granting of defendant's plea to the jurisdiction, was signed November 13, 2019. The clerk's record, however, does not contain a copy of the judgment. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than January 23, 2020, either a supplemental clerk's record containing a copy of the judgment or written verification no judgment exists or it cannot be located.

We **SUSPEND** the deadline for filing appellant's brief on the merits until further order of the Court. We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/  ERIN A. NOWELL
    JUSTICE